UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:26-cv-1663 DSR                                                Date: April 10, 2026

Title      COSME ORTEGA RODRIGUEZ v. FERETI SEMAIA, et al.

Present:  The Honorable:  Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
| None present | None present |

**Proceedings:**          (IN CHAMBERS) ORDER SETTING DEADLINE TO RESPOND TO
MOTION FOR TEMPORARY RESTRAINING ORDER (DOC. NO. 6)

Both parties having consented under 28 U.S.C. § 636(c)(1), the above-referenced matter is assigned to the Hon. Daniel S. Roberts for final determination and judgment.  Pursuant to General Order No. 26-05, Respondents were served with the Petition on April 6, 2026, and their Answer is due no later than April 13, 2026.  See Doc. No. 4.

On April 9, 2026, Petitioner filed a "Notice of Motion and Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction" (the "Motion").  Doc. No. 6.  Respondents were served with that Motion via CM/ECF.  The Court **ORDERS** Respondents to file any Opposition to the Motion no later than noon on Monday, April 13, 2026.  Petitioner may file a Reply no later than 5:00 p.m. Wednesday, April 15, 2026.

**IT IS FURTHER ORDERED** that the Petitioner must not be moved to a location outside of the jurisdictional boundaries of the United States District Court for the Central District of California during the pendency of this action, unless otherwise ordered by the Court.

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | LK |

---

CV-90 (03/15)                          Civil Minutes – General                          Page **1** of **1**