JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

COSME ORTEGA RODRIGUEZ,

        Petitioner,

   v.

FERETI SEMAIA, et al.

        Respondents.

No. 5:26-cv-1663-DSR

**JUDGMENT**

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus and Denying Ex Parte Application for Temporary Restraining Order as Moot filed concurrently herewith,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted and that Judgment is entered in favor of Petitioner and against Respondents. The Order constitutes final disposition of the Petition by the Court.

**IT IS SO ORDERED.**

DATED: April 21, 2026       _____

                 HON. DANIEL S. ROBERTS
            UNITED STATES MAGISTRATE JUDGE