UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-1663 DSR                                                Date: May 5, 2026

Title      COSME ORTEGA RODRIGUEZ v. SEMAIA, ET AL.


Present:  The Honorable:   Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**      (IN CHAMBERS) **ORDER REQUIRING STATUS UPDATE FROM RESPONDENTS**

On April 21, 2026, the Court entered its Order Granting Petition for Writ of Habeas Corpus and Denying Ex Parte Application for Temporary Restraining Order as Moot ("Order"). See Doc. No. 14.  Concurrently therewith, the Court entered Judgment in favor of Petitioner and against Respondents.  See Doc. No. 15.  In the Order, the Court enjoined Respondents "from continuing to detain Petitioner unless Petitioner is provided with an individualized bond hearing before an Immigration Judge within seven (7) days of the date of [that] Order," and ordered that "Respondents shall release Petitioner from custody if Petitioner is not timely provided with the aforementioned [bond] hearing."  Order at 12.  In addition, the Court "ORDERED that the parties shall file a Joint Status Report within ten (10) days of the date of [that] Order detailing if and when the hearing occurred, if bond was granted or denied, and if bond was denied, the reasons for denial."  Id.

Ten days from the date of that Order was May 1, 2026.  The Court has not received the ordered Joint Status Report.  The Court has received from Petitioner's counsel a "Notice of Noncompliance with Court Order," filed April 30th.  See Doc. No. 16.  Therein, Petitioner's counsel represents "[t]o date, no individualized bond hearing has been conducted.  Although Petitioner was brought before the Immigration Court for a master calendar hearing, no

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:26-cv-1663 DSR                                              Date: May 5, 2026

Title     COSME ORTEGA RODRIGUEZ v. SEMAIA, ET AL.

individualized bond hearing was provided."  Doc. No. 16 at ¶ 3.  Petitioner's counsel represents that petitioner remains detained.  Id. at ¶ 4.

Respondents have neither responded to Petitioner's Notice, nor filed any status report of their own.  Thus, Respondents have failed entirely to provide the Court any information "detailing if and when the [ordered bond] hearing occurred, if bond was granted or denied, and if bond was denied, the reasons for denial," as the Court's April 21st Order requires.

Respondents are therefore ORDERED to file with the Court, no later than **noon on May 6, 2026**, a report detailing when the bond hearing occurred, the outcome of that bond hearing, and if bond was denied, the reasons for denial.  If Respondents did not provide Petitioner a bond hearing by April 28, 2026, and therefore complied with the Court's alternative Order to release Petitioner, they are to confirm that release in their response to this Order.  If, however, Respondents did not comply with either alternative given to them in the Court's April 21st Order and Judgment, they are further ORDERED TO SHOW CAUSE why they failed to comply with the Court's Order.

IT IS SO ORDERED.

|  | : |
| --- | --- |
| **Initials of Preparer** | LK |